IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DUSTIN ROSENBAUM,** *et al*.                                                                          **PLAINTIFFS**

**v.**                                     **Case No. 1:16-cv-00056 KGB**

**CHRISTY KISSEE,** *et al.*                                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiffs Dustin Rosenbaum and Raven Traman's claims against defendants Christy Kissee, Krista McMaster, Pam McCallister, unknown staff employed by the State of Arkansas, the Arkansas Department of Human Services, and the Arkansas Division of Children and Family Services are dismissed without prejudice (Dkt. No. 1).

So adjudged this the 22nd day of February, 2018.

_____
Kristine G. Baker
United States District Judge